GEORGE H. WILEY et al., Respondents, v. NAT MOSES et al., as Executors of LENA LESS, Deceased, Appellants.—

802

Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.